# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  06-cr-00203-EWN-01 |
| | USM Number:  59897-065 |
| RAFAEL LOPEZ RUBIO<br>a/k/a Miguel Navarro-Sanchez<br>a/k/a Jose Bueno-Lara | Scott Thomas Varholak, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Law, to wit:  Unlawful Reentry of a Deported Alien, Subsequent to an Aggravated Felony Conviction | 03/23/06 |
| 2 | Special Condition:  If deported the defendant shall not reenter the United States without legal authorization.  In the event the defendant does reenter the United States, with or without legal authorization, he shall report in person to the probation office in the district of reentry within 72 hours. | 03/23/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 26, 2006
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham, U.S. District Judge
Name & Title of Judge

October 2, 2006
Date

DEFENDANT:  RAFAEL LOPEZ RUBIO
CASE NUMBER:  06-cr-00203-EWN-01                                    Judgment-Page 2 of 2

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months, consecutive to U.S. District Court Case No. 06-cr-00150-EWN-01.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal